**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JESSE WOODS,

    Plaintiff,

                                                    Case No.: 6:18-cv-1780-Orl-22-TBS

vs.

FORFEITURE SUPPORT
ASSOCIATES, LLC.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_ IS           related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_X\_ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

                                                  Respectfully submitted,

                                                  s/David H. Spalter
                                                  David H. Spalter, Esquire
                                                  Florida Bar No. 0966347
                                                  JILL S. SCHWARTZ & ASSOCIATES, P.A.
                                                  655 W. Morse Boulevard, Suite 212
                                                  Winter Park, Florida 32789
                                                  Telephone: (407) 647-8911
                                                  Facsimile:  (407) 628-4994
                                                  E-mail: dspalter@schwartzlawfirm.net

                                                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on **November 7, 2018**, I electronically filed the foregoing Plaintiff's Notice of Pendency of Other Actions with the Clerk of Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/David H. Spalter
David H. Spalter, Esquire
